**Order entered July 29, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00854-CV

### IN RE GARY EUGENE SIMS, Relator

**Original Proceeding from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-00-45450-PS**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.  We **ORDER** relator to bear the costs of this original proceeding.

/s/      MICHAEL J. O'NEILL
         JUSTICE